**Order filed February 11, 2014.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00989-CV
_____

**FELIX A. AUZ, Appellant**

**V.**

**MARIO CISNEROS, Appellee**

---

**On Appeal from the 165th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2012-18908**

---

## O R D E R

Appellant filed a notice of appeal on November 4, 2013. The clerk's record was filed December 13, 2013. Because our records reflect that the filing fee of $195.00 has not been paid, on December 19, 2013, we ordered appellant to pay the filing fee on or before January 7, 2014. To date, our records do not reflect that the fee has been paid. Appellant filed an amended notice of appeal on January 17, 2014, and a motion for extension of time to file his brief on January 21, 2014, however. Therefore, the court issues the following order.

Appellant is ordered to pay the filing fee in the amount of $195.00 to the Clerk of this court on or before **February 28, 2014,** and to file a response to this order confirming payment. *See* Tex. R. App. P. 5. If appellant fails to timely comply with this order, the appeal will be dismissed.

PER CURIAM